# UNITED STATES BANKRUPTCY COURT
<u>NORTHERN</u>   DISTRICT OF <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:   ROBERT BREEDEN and   § Case No. 11-17298
NANCY BREEDEN   §   Chapter 7
§   Hon. EUGENE R. WEDOFF
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at <u>10:00a.m.</u> on <u>11/01/2011</u> in Courtroom <u>744</u>, <u>Dirksen Federal Building</u> Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT BREEDEN and NANCY BREEDEN § § § § Case No. 11-17298
Chapter 7
Hon. EUGENE R. WEDOFF

Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $10,248.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $10,248.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $10,248.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,774.80 | $0.00 | $1,774.80 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $18.56 | $0.00 | $18.56 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,790.00 | $0.00 | $2,790.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

Total to be paid for chapter 7 administrative expenses:     $4,583.36

Remaining balance:     $5,664.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for     , Fees* | | | |
| *Attorney for     , Expenses* | | | |
| *Accountant for     , Fees* | | | |
| *Accountant for     , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:     $0.00

Remaining balance:     $5,664.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $5,664.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,545.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | USAA Federal Savings Bank | $18,505.24 | $0.00 | $1,334.58 |
| 3 | Chase Bank USA, NA | $10,992.26 | $0.00 | $792.75 |
| 4 | American Express Centurion Bank | $6,594.21 | $0.00 | $475.57 |
| 5 | US Bank, NA | $6,510.28 | $0.00 | $469.51 |
| 6 | Chase Bank USA, NA | $21,684.60 | $0.00 | $1,563.87 |
| 7 | FIA Card Services, successor to Bank of America and MBNA | $8,729.18 | $0.00 | $629.54 |
| 8 | FIA Card Services, successor to Bank of America and MBNA | $5,529.97 | $0.00 | $398.82 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $5,664.64 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | USAA | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                                Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-17298-ERW
Robert Breeden                                                          Chapter 7
Nancy Breeden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps                Page 1 of 1              Date Rcvd: Oct 06, 2011
                               Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
db/jdb     +Robert Breeden,   Nancy Breeden,   1355 E. Walnut,   Des Plaines, IL 60016-6508
17175074    American Express,   Box 0001,   Los Angeles, CA 90096-8000
17589851    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17175072    Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
17483807    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17175071    Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
17175076   +Lake Forest Bank & Trust Company,   Loan Department,   727 N. Bank Lane,
             Lake Forest, IL 60045-1898
17175073  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,   P.O. Box 790408,   St. Louis, MO 63179-0408)
17685154  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,   BANKRUPTCY DEPARTMENT,   P.O. Box 5229,
             Cincinnati, OH 45201)
17781316    USAA,   PO Box 829009,   Dallas, TX 75382-9009
17175075   +USAA,   9800 Fredericksburg Road,   San Antonio, TX 78288-0002
17425017   +USAA FEDERAL SAVINGS BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
17175070   +USAA Federal Savings Bank,   10750 McDermott Freeway,   San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17772251       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 10:20:48
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**              **Signature:**    _Joseph Speetjens_